UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., a Florida not for profit corporation, and JOE HOUSTON, Individually,

    Plaintiffs,

v.

1973 BAY RIDGE PARKWAY, INC., A Florida Profit Corporation,

    Defendant.
_____/

Case No. 09-61517

## PLAINTIFFS' NOTICE VOLUNTARY DISMISSAL

Plaintiffs, by and through undersigned counsel, hereby dismiss the instant action without prejudice.

Respectfully Submitted,

Thomas B. Bacon, P.A.
Attorney-At-Law
4868 SW 103rd Ave.
Cooper City, FL 33328
954-478-7811
fax 954-237-1990
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262

By: /s/ Thomas B. Bacon
      Thomas B. Bacon, Esq.